```
THABO            *         PUBLIC INFORMATION          *       05-06-2020
PAGE 001         *            INMATE DATA              *        07:41:10
                            AS OF 05-06-2020

REGNO..: 48604-039 NAME: MILLS, THOMAS RODELL

                    RESP OF: RBK
                    PHONE..: 518-████████    FAX: 518-████████
                                             RACE/SEX...: BLACK / MALE
                                             AGE:  38
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 02-25-2021                      PAR HEAR DT:




G0002         MORE PAGES TO FOLLOW . . .
```

```
 THABO              *         PUBLIC INFORMATION          *      05-06-2020
PAGE 002            *            INMATE DATA              *        07:41:10
                               AS OF 05-06-2020

REGNO..: 48604-039 NAME: MILLS, THOMAS RODELL

                    RESP OF: RBK
                    PHONE..: 518-███████       FAX: 518-███████
HOME DETENTION ELIGIBILITY DATE: 10-03-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-25-2021 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 0645 2:17CR20698(1)
JUDGE..........................: ROBERTS
DATE SENTENCED/PROBATION IMPOSED: 04-18-2018
DATE COMMITTED.................: 06-21-2018
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

              FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.: $100.00        $00.00         $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  136     18:922(G) FIREARMS,GUN CNTL
OFF/CHG: 18:922(G)(1) FELON IN POSSESSION OF A FIREARM CT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    36 MONTHS
 TERM OF SUPERVISION............:    24 MONTHS
 DATE OF OFFENSE................: 08-12-2017

----------------------CURRENT JUDGMENT/WARRANT NO: 030 ------------------------

COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 13CR20487
JUDGE..........................: DRAIN
DATE SENTENCED/PROBATION IMPOSED: 12-12-2013
DATE SUPERVISION REVOKED.......: 04-19-2018
TYPE OF SUPERVISION REVOKED....: REG
DATE COMMITTED.................: 06-21-2018
HOW COMMITTED..................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED..............: NO




       G0002         MORE PAGES TO FOLLOW . . .
```

```
THABO           *        PUBLIC INFORMATION       *       05-06-2020
PAGE 003        *            INMATE DATA          *       07:41:10
                          AS OF 05-06-2020


REGNO..: 48604-039 NAME: MILLS, THOMAS RODELL

                   RESP OF: RBK
                   PHONE..: 518-████████   FAX: 518-████████
                FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:   $100.00       $00.00        $00.00        $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $35,626.38


------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  136     18:922(G) FIREARMS,GUN CNTL
OFF/CHG: 18:922(G)(1) AND 924:(A)(2) FELON IN POSSESSION OF A FIREARM
         COUNT 1

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:    12 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS 020 010 020
 DATE OF OFFENSE................: 01-04-2013

------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 08-05-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 06-21-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 030 010

DATE COMPUTATION BEGAN..........: 04-18-2018
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    48 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS
AGGREGATED TERM OF SUPERVISION..:    24 MONTHS
EARLIEST DATE OF OFFENSE........: 01-04-2013

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    08-12-2017    08-14-2017
                                    10-03-2017    04-17-2018




G0002        MORE PAGES TO FOLLOW . . .
```

```
THABO           *         PUBLIC INFORMATION       *      05-06-2020
PAGE 004        *            INMATE DATA           *      07:41:10
                            AS OF 05-06-2020

REGNO..: 48604-039 NAME: MILLS, THOMAS RODELL

                   RESP OF: RBK
                   PHONE..: 518-███████    FAX: 518-███████
TOTAL PRIOR CREDIT TIME.........: 200
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 216
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 02-25-2021
EXPIRATION FULL TERM DATE.......: 09-29-2021
TIME SERVED.....................:      2 YEARS      7 MONTHS      5 DAYS
PERCENTAGE OF FULL TERM SERVED..:  65.0
PERCENT OF STATUTORY TERM SERVED:  76.3

PROJECTED SATISFACTION DATE.....: 02-25-2021
PROJECTED SATISFACTION METHOD...: GCT REL




G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 48604-039 NAME: MILLS, THOMAS RODELL

                RESP OF: RBK

HOME DETENTION ELIGIBILITY DATE: 02-22-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  06-27-2016 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION..........: MICHIGAN, EASTERN DISTRICT
DOCKET NUMBER..................: 13CR20487-1
JUDGE..........................: DRAIN
DATE SENTENCED/PROBATION IMPOSED: 12-12-2013
DATE COMMITTED.................: 04-08-2014
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $35,626.38

--------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  136     18:922(G) FIREARMS,GUN CNTL
OFF/CHG: 18:922(G)(1) AND 924:(A)(2) FELON IN POSSESSION OF A FIREARM
         COUNT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    42 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 DATE OF OFFENSE................: 01-04-2013




     G0002       MORE PAGES TO FOLLOW . . .
```

```
THABO               *        PUBLIC INFORMATION          *       05-06-2020
PAGE 006 OF 006  *            INMATE DATA                *         07:41:10
                             AS OF 06-27-2016


REGNO..: 48604-039 NAME: MILLS, THOMAS RODELL

                     RESP OF: RBK
                     PHONE..: 518              FAX:
---------------------------PRIOR COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-15-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-27-2014 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 12-12-2013
TOTAL TERM IN EFFECT............:     42 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:      3 YEARS       6 MONTHS
EARLIEST DATE OF OFFENSE........: 01-04-2013

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                     06-10-2013   12-11-2013

TOTAL PRIOR CREDIT TIME.........: 185
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 164
TOTAL GCT EARNED................: 164
STATUTORY RELEASE DATE PROJECTED: 06-27-2016
EXPIRATION FULL TERM DATE.......: 12-08-2016
TIME SERVED.....................:      3 YEARS      18 DAYS
PERCENTAGE OF FULL TERM SERVED..:  87.1
PERCENT OF STATUTORY TERM SERVED: 100.0

ACTUAL SATISFACTION DATE........: 06-27-2016
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MCD
ACTUAL SATISFACTION KEYED BY....: CCP

DAYS REMAINING..................: 164
FINAL PUBLIC LAW DAYS...........: 0




    G0000          TRANSACTION SUCCESSFULLY COMPLETED
```