Dear your Honorable Judge Drain I'm writing this letter in regards to the Compassionate Release Motion my Lawyer Colleen Fitzharris has Filed in front of the Courts.

My Name is Thomas Mills and I was Sentenced in front of you in April of 2018 to 12 Months for a Probation Violation, I was also Sentenced to 36 Months in front of the Honorable Roberts Also in April of 2018.

Since Receiving that time I've Taken, Completed, and Participated in Numerous Classes and Programs Pre-Release, Re-Entry, Victim Awareness, Anger Management, AVP (Alternative to Violence Program) and Many More which My Lawyer will Provide to the Courts. But of All those Classes AVP has

Impacted my life the most. Its allowed me to see the true impact my violent ways in the past has effected not only myself, but the victims and my kids. Its allowed me to see the selfish and childish decisions I was making and its allowed me to become the man I am now today. I've learned from those mistakes and grown in so many ways. Since being in front of you and the Honorable Roberto I've also been "Ticket Free" started a business with my Fiancee' Courtney Johnson and strengthen my relationship with my kids and family.

Another one of my biggest problems in the past has been complying with my SORA registration and to be honest I've always been embarrassed and no its not a excuse at all, but now I see its a part of my life and something

I promise the courts I'll keep it updated and compliant at all times.

Your Honor I know I have a past but my past doesn't define who I am today, my outlook on life is so much better and in so many positive ways. Outside of the business me and Ms Johnson has started I also have several job offers waiting on me upon release, in the past I didn't plan or have the support I needed but not this time I have several plans and a lot of support and if the court grants my motion I promise it won't be in vain.

Sincerely,
Thomas Mills